1  STEPHEN L. DAVIS (State Bar No. 149817)
   LAW OFFICE OF STEPHEN L. DAVIS
2  451 Arden Way
   Sacramento, California 95815
3  Telephone (916) 920-8704
   Facsimile (916) 565-1406
4
   MICHAEL SOLTON (Subject to Admission Pro Hac Vice)
5  SOLTON ROSEN & BALAKHOVSKY LLP
   Three New York Plaza, 10th Floor
6  New York, N.Y. 10004
   Telephone (212) 344-1744
7  Facsimile (212) 344-1734

8  Attorneys for Plaintiff
   Alexander Popov
9

**FILED**
JUL 9 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**LODGED**
JUL 2 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

10                        UNITED STATES DISTRICT COURT

11                     FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  ALEXANDER POPOV, an individual,        )  CASE NO. CIV S-02 1029 GEBDAD
                                            )
14                  Plaintiff,              )  APPLICATION FOR ADMISSION PRO
                                            )  HAC VICE AND ORDER
15       v.                                 )
                                            )
16  MICHAEL AMMAR and MIKE MAXWELL,         )
    individuals,                            )
17                                          )
                    Defendants.             )
18  _____)

19

20          Pursuant to Local Rule 83-180, I, Mikhail Y. Solton, an active member in

21  good standing of the bar of the State of New York since 1996 (State Bar No. 2777530)

22  hereby apply for admission to practice in the Eastern District of California on a *pro hac*

23

24  *vice* basis representing plaintiff Alexander Popov in the above-entitled action.

25          In support of this application, I declare under penalty of perjury that:

26          1.      I am an active member in good standing of a United States Court or

27  of the highest court of another State or the District of Columbia, as indicated above;

28

                                        4
                                      -1-

Pro Hac Vice Application

2. My residence address is: 245 East 44th Street, New York, NY 10017, telephone: (212) 808-0651. My office address is: Solton Rosen & Balakhovsky LLP, Three New York Plaza, 10th Floor, New York, NY 10004; telephone: (212) 344-1744; facsimile: (212) 344-1734.

3. I am not currently suspended or disbarred by any Court.

4. I have not made any other *pro hac vice* applications to this Court.

5. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated co-counsel in the above-entitled action. The name, address and telephone number of this attorney is: Stephen L. Davis (State Bar No. 149817), Law Office of Stephen L. Davis, 451 Arden Way, Sacramento, California 95815, Telephone (916) 920-8704; Facsimile (916) 565-1406.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
Michael Solton
Attorney for the Plaintiff
Alexander Popov

I hereby consent to my designation as counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

Dated: May 8, 2002

_____
Stephen L. Davis (SB No. 149817)
Law Office of Stephen L. Davis
451 Arden Way
Sacramento, CA 95815
Tele. (916) 565-1406

**ORDER**

PETITION IS HEREBY ___✓___ Granted    _____ Denied.

Dated: 7/8/02

        /s/ [signature]
        United States District Judge

Pro Hac Vice Application

crf

United States District Court
for the
Eastern District of California
July 9, 2002


* * CERTIFICATE OF SERVICE * *


2:02-cv-01029

Popov

v.

Ammar

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 9, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Stephen L Davis                             SF/GEB
    Law Office of Stephen L Davis
    451 Arden Way
    Sacramento, CA   95815

    Mikhail Y Solton
    PRO HAC VICE
    Solton Rosen and Balkhovsky LLP
    Three New York Plaza
    Tenth Floor
    New York, NY   10004



                                        Jack L. Wagner, Clerk

                                        BY: /s/ Casey Fresta
                                            Deputy Clerk