

1  STEPHEN L. DAVIS (State Bar No. 149817)
   DAVIS & LEONARD LLP
2  451 Arden Way
   Sacramento, California 95815
3  Telephone (916) 565-1400
   Facsimile (916) 565-1406
4
   MICHAEL SOLTON (Pro Hac Vice)
5  SOLTON ROSEN & BALAKHOVSKY LLP
   Three New York Plaza, 10th Floor
6  New York, N.Y. 10004
   Telephone (212) 344-1744
7  Facsimile (212) 344-1734

8  Attorneys for Plaintiff
   Alexander Popov
9

10
                    UNITED STATES DISTRICT COURT
11
              FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13  ALEXANDER POPOV, an individual,    | CASE NO. CIV S-02 1029 GEB DAD

14               Plaintiff,            | STIPULATION TO DISMISS COMPLAINT
                                       | WITHOUT PREJUDICE
15       v.

16  MICHAEL AMMAR and MIKE MAXWELL,
    individuals,
17
                 Defendants.
18

-1-

1    The parties to this action, through their counsel of record, stipulate to
2    dismiss the complaint and all claims for relief in this action without prejudice.
3
4    FOR PLAINTIFF ALEXANDER POPOV:
5    DAVIS & LEONARD LLP
6    *[signature]*
7    Stephen L. Davis, Attorney for Plaintiff Alexander Popov
8    Date: *Oct. 3, 2003*
9
10   FOR DEFENDANT MICHAEL AMMAR:
11   WEINTRAUB GENSHLEA CHEDIAK & SPROUL
12   *See attached*
13   Joshua Deutsch, Attorney for Defendant Michael Ammar
14   Date: _____
15
16   FOR DEFENDANT MIKE MAXWELL:
17   MEEGAN, HANSCHU & KASSENBROCK
18   *[signature]*
19   Peter Pullen, Attorney for Mike Maxwell
20   Date: 9-24-03

IT IS SO ORDERED
*[signature]*

-2-

Stipulation to Dismiss Complaint and Action

1            The parties to this action, through their counsel of record, stipulate to
2 dismiss the complaint and all claims for relief in this action without prejudice.
3
4 FOR PLAINTIFF ALEXANDER POPOV:
5 DAVIS & LEONARD LLP
6 _____
7 Stephen L. Davis, Attorney for Plaintiff
   Alexander Popov
8
   Date: _____
9
10 FOR DEFENDANT MICHAEL AMMAR:
11 WEINTRAUB GENSHLEA CHEDIAK & SPROUL
12 *[signature]*
   Joshua Deutsch, Attorney for Defendant
13 Michael Ammar
14 Date:    9-24-03
15
16 FOR DEFENDANT MIKE MAXWELL:
17 MEEGAN, HANSCHU & KASSENBROCK
18 _____
19 Peter Pullen, Attorney for Mike Maxwell
20 Date: _____
21
22
23
24
25
26
27
28

Stipulation to Dismiss Complaint and Action

```
                    United States District Court
                             for the
                    Eastern District of California
                          October 15, 2003


              * * CERTIFICATE OF SERVICE * *


                                    2:02-cv-01029

    Popov

        v.

    Ammar

    _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  October 15, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Stephen L Davis                                SF/GEB
        Law Office of Stephen L Davis
        451 Arden Way                                  PB/DAD
        Sacramento, CA   95815

        Mikhail Y Solton
        PRO HAC VICE
        Solton Rosen and Balkhovsky LLP
        Three New York Plaza
        Tenth Floor
        New York, NY   10004

        Mark Raymond Kassenbrock
        Moore Meegan Hanschu and Kassenbrock
        1545 River Park Drive
        Suite 550
        Sacramento, CA   95815

        Peter Joseph Pullen
        Moore Meegan Hanschu and Kassenbrock
        1545 River Park Drive
        Suite 550
        Sacramento, CA   95815

        Scott Mitchell Hervey
        Weintraub Genshlea Chediak Sproul
```

400 Capitol Mall
11th Floor
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk